## HOWE TOTTEN *v.* PRISCILLA STEARNS TOTTEN.

### *Divorce—Adultery—Evidence.*

The burden of proof is on one alleging adultery as a ground for divorce, and the evidence should be clear, satisfactory and convincing.

*Decided April 23rd, 1926.*

Appeal from the Circuit Court for Baltimore County, In Equity (PRESTON, J.).

Bill by Priscilla Stearns Totten against Howe Totten, to which defendant filed a cross-bill. From a decree for defendant, plaintiff appeals. Affirmed.

The cause was argued before BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and WALSH, JJ.

*Elmer J. Cook* and *Edgar Allan Poe,* for the appellant.

*George Weems Williams* and *Edward H. Burke,* for the appellee.

ADKINS, J., delivered the opinion of the Court, affirming the decree, with costs to the appellee.